DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438
(775) 784-5181 – facsimile
Greg.Addington@usdoj.gov

Attorneys for United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDS OF ANIMALS a New York not- for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JON SHERVE, in his official capacity as Field Manager of BLM's Mount Lewis Field Office, and<br>THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants. | 3:16-cv-0649-RCJ-WGC<br><br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY (EDWARD C. THOMAS)** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Edward C. Thomas to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney.  It is anticipated that Mr. Thomas will enter an appearance in this action on behalf of the federal defendants.

1

Mr. Thomas is a member in good standing of the Bar of District of Columbia (Bar # 989944). Since August 2014, Mr. Thomas has been an attorney employed by the United States Department of Justice. He currently holds the position of Trial Attorney, Environment and Natural Resources Division, Natural Resources Section, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Edward C. Thomas to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Thomas will enter an appearance in this action on behalf of the federal defendants.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: 6th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (EDWARD C. THOMAS) has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 14th day of November, 2016.

    /s/ Greg Addington
GREG ADDINGTON